UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                    Case Number 06-14848

v.                                       Honorable David M. Lawson

RANDY J. SHATHER,

       Defendant.

_____/

## **CONSENT JUDGMENT WITH PARTIAL PAYMENT PROVISION**

In accordance with a stipulation to that effect [dkt # 3],

    It is **ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff and against the defendant in the principal amount of $1,907.28 for Claim Number C-85136 and $754.66 for Claim Number C-85137, plus prejudgment interest from the date of default to the date of judgment, together with post-judgment interest pursuant to 28 U.S.C. § 1961, for a total balance owing of $5,166.49 as of November 30, 2006.

    It is further **ORDERED AND ADJUDGED** that the defendant may satisfy the judgment by making monthly payments of $100.00 beginning on December 15, 2006. These payments shall continue until the total amount of the judgment, including damages and post-judgment interest, is paid in full. As long as the defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the judgment.

    It is further **ORDERED AND ADJUDGED** that the defendant shall be deemed not in substantial compliance with the partial payment provision if he fails to make a payment within ten days of its due date. In such case, the partial payment provision shall be terminated, and the plaintiff may issue process for the enforcement of the judgment.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: December 4, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 4, 2006.

        s/Felicia M. Moses
        FELICIA M. MOSES